IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02079-CMA-MJW

GEMA MARTINEZ,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE OFFICER MICHAEL GABRIEL,
DENVER POLICE OFFICER JOHN DOE 1,
DENVER POLICE OFFICER JOHN DOE 2,
DENVER ANIMAL CONTROL OFFICER JOHN DOE 1, and
DENVER ANIMAL CONTROL OFFICER JOHN DOE 2,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 13) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 13-1) is APPROVED as amended in paragraphs 11 and 14 and made an Order of Court.

Date:  January 3, 2011