IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02079-CMA-MJW

GEMA MARTINEZ,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
DENVER POLICE OFFICER MICHAEL GABRIEL, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 1, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 2, in his official and individual capacity,
DENVER ANIMAL CONTROL OFFICER JOHN DOE 1, in his individual and official capacity,
DENVER ANIMAL CONTROL OFFICER JOHN DOE 2, in his individual and official capacity,

    Defendants.

---

**ORDER** (Docket No. 17)

---

UPON Plaintiff's Motion to File Amended Complaint (Doc. No. 17), the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Motion and accepts the Amended Complaint as filed.

DATED this 21st day of January 2011.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1