# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02079-CMA-MJW

GEMA MARTINEZ,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
DENVER POLICE OFFICER MICHAEL GABRIEL, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 1, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 2, in his official and individual capacity,
DENVER ANIMAL CONTROL OFFICER JOHN DOE 1, in his individual and official capacity,
DENVER ANIMAL CONTROL OFFICER JOHN DOE 2, in his individual and official capacity,

     Defendants.

---

## ORDER ( Docket No. 23 )

---

UPON Plaintiff's <u>Unopposed</u> Motion to Modify the Scheduling Order to extend the Discovery Cut-off Deadline up to and including June 17, 2011, and the Dispositive Motions Deadline up to and including July 18, 2011, the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Unopposed Motion to Modify the Scheduling Order. The Scheduling Order is Modified and the new Discovery Cut-off Deadline is June 17, 2011 and the new Dispositive Motions Deadline is July 18, 2011.

DATED this 3rd day of ____MAY____ 2011.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1