IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 10-cv-02079-CMA-MJW

GEMA MARTINEZ,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipality,
DENVER POLICE OFFICER MICHAEL GABRIEL, in his official and individual capacity,
DENVER POLICE OFFICER NICHOLAS SAGAN, in his official and individual capacity,
DENVER POLICE OFFICER DAVID ARCHULETA, in his official and individual capacity,
DENVER ANIMAL CONTROL OFFICER RICK MOUTON, in his official and individual capacity,
DENVER ANIMAL CONTROL OFFICER DAVID ROMERO, in his official and individual capacity,

    Defendants.

**ORDER**

It is hereby ORDERED that the Paintiff's Motion to Conduct Defendant Police Officers' Depositions at the Federal Courthouse (Doc. No. 26), filed with the Court on May 13, 2011, is GRANTED.

Further, it is ORDERED that the Plaintiff will conduct the depositions of Police Officers: Michael Gabriel, Nicholas Sagan and David Archuleta on one of the following dates of May 27, 2011, June 8, 2011, June 14, 2011, June 15, 2011, and June 17, 2011, and between the hours of 8:00 a.m. and 4:00 p.m.

Further, it is ORDERED that Calderwood-Mackelprang, Inc., will be providing the court reporter for the depositions and their staff shall be permitted admittance into the courthouse with

their court reporting equipment necessary for conducting the depositions in the Jury Room located in Magistrate Judge Watanabe's corridor (Fifth Floor), A-502.

Finally, it is ORDERED that counsel shall file through CM/ECF a copy of each Deposition Notice for each of the parties to be deposed, as soon as they are available.

SIGNED AND DATED this 16TH day of MAY 2011.

BY THE COURT:

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE