**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02079-CMA-MJW

GEMA MARTINEZ,

    Plaintiff,

v.

DENVER POLICE OFFICER MICHAEL GABRIEL, in his individual capacity, and
DENVER POLICE OFFICER DAVID ARCHULETA, in his individual capacity,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS AND ORDER TO AMEND CAPTION

This matter is before the Court on the parties' Stipulation To Dismiss Claims [against certain Defendants] (Doc. # 33). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants City and County of Denver, Police Officer Nicholas Sagan, in his official and individual capacity, Animal Control Officer Rick Mouton, in his official and individual capacity, Animal Control Officer David Romero, in his official and individual capacity, Police Officer Michael Gabriele, in his official capacity and Police Officer David Archuleta, in his official capacity, are hereby DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorneys fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the aforementioned Defendants, and shall be as set forth above.

DATED: July   15  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge