IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02079-CMA-MJW

GEMA MARTINEZ,

Plaintiff(s),

v.

DENVER POLICE OFFICER MICHAEL GABRIEL, in his individual capacity, and
DENVER POLICE OFFICER DAVID ARCHULETA, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend the Deadline for Filing Dispositive Motions to and Including August 1, 2011 (docket no. 34) is GRANTED.  The deadline to file dispositive motions is extended to August 1, 2011.

It is FURTHER ORDERED that the Final Pretrial Conference set for July 26, 2011, at 8:30 a.m. is VACATED and RESET to August 26, 2011, at 1:30 p.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties shall file their proposed Final Pretrial Order with the court five (5) days prior to the Final Pretrial Conference.

Date:  July 19, 2011