**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02079-CMA-MJW

GEMA MARTINEZ,

    Plaintiff,

v.

DENVER POLICE OFFICER MICHAEL GABRIELE, in his individual capacity, and
DENVER POLICE OFFICER DAVID ARCHULETA, in his individual capacity,

    Defendants.

---

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

    This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. # 38), filed on August 1, 2011.  Defendants responded on September 6, 2011, and Plaintiff replied on October 11, 2011.  (Doc. ## 46, 52.)  Upon review of the parties' briefing and the evidence referenced therein, it is apparent that there exist genuine issues of material fact that preclude a grant of summary judgment.

    Accordingly, it is ORDERED that Plaintiff's Motion for Partial Summary Judgment (Doc. # 38) is DENIED.

2

The Court notes that the parties have appeared to change the caption *sua sponte* without filing a motion to amend the caption. Thus, it is FURTHER ORDERED that the caption on all subsequent filings shall be as set forth above, pursuant to this Court's Order (Doc. # 35), dated July 15, 2011.

DATED: January   18  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge